**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MIDRED PERSON,   ) | |
|     Plaintiff,   ) | |
| v.   ) | Case No. 201-CV-3017 |
|   ) | |
| WILMINGTON SAVINGS FUND   ) | |
| SOCIETY FSB, D/B/A CHRISTIANA   ) | |
| TRUST AS TRUSTEE FOR PNPMS   ) | |
| TRUST II, STATEBRIDGE COMPANY,   ) | |
| LLC AND DIAZ ANSELMO LINDBERG, | |
| LLC, | |
|     Defendants. | |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Diaz Anselmo & Associates, LLC, f/k/a Diaz Anselmo Lindberg, LLC by and through its counsel, Christopher S. Iaria of Diaz Anselmo & Associates, LLC, and moves the court to grant an extension of time for Defendant to answer or otherwise plead in response to Plaintiff's complaint. In support hereof, Defendant states as follows:

1. Defendant was recently served with Plaintiff's complaint and is investigating the allegations contained therein.

2. Plaintiff has agreed to grant Defendant an extension to July 22, 2021 to respond or otherwise plead to Plaintiff's complaint.

3. This Motion is brought in good faith and not for purposes of delay. The Defendant has not previously requested an extension of time.

WHEREFORE, Defendant Diaz Anselmo & Associates, LLC, prays that this Honorable Court enter an order granting Defendant until July 22, 2021 to answer or otherwise plead in response to Plaintiff's complaint, and grant such other and further relief as is just and equitable.

        Respectfully submitted,

By:   <u>/s/ Chris S. Iaria</u>
      One of the attorneys for Defendants

Chris S. Iaria, ARDC No. 6301746
Diaz Anselmo & Associates, LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL  60566-7228
630-453-6960; 630-428-4620 (fax)
litigation@dallegal.com
Counsel for Defendants Diaz Anselmo Lindberg, LLC